**DENTONS**

**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> The Court congratulates the parties on reaching a resolution of this matter. The parties' request at ECF No. 20 is **GRANTED**. All pending deadlines are **CANCELLED**. On or before **June 5, 2025**, the parties shall file a stipulation of dismissal for the attention of the Honorable Dale E. Ho.
>
> The Clerk of Court is respectfully directed to close ECF No. 20.
>
> SO ORDERED.   April 22, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

April 21, 2025

<u>VIA ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Herrera v. Simply Good Foods USA, Inc..;* Case No. 1:24-cv-08540-DEH-SLC

Dear Judge Cave:

We represent Defendant Simply Good Foods USA, Inc.("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from April 21, 2025 to June 5, 2025.

The parties have agreed on the principal terms to resolve this matter and the requested stay will permit the parties to finalize said agreement. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

**Puyat Jacinto & Santos** ► **Link Legal** ► **Zaanouni Law Firm & Associates** ► **LuatViet** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms