UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

EDERY HERRERA, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                    Plaintiffs,

                v.

SIMPLY GOOD FOODS USA, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:24-cv-8540

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), EDERY HERRERA, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, SIMPLY GOOD FOODS USA, INC.

Dated:   New York, New York
         May 21, 2024

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
Dale E. Ho
United States District Judge
Dated: May 22, 2025
New York, New York